UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES AIMEE FIELDS, JR.<br>   a/k/a "SLIM,"<br>ANTHONY POINTER,<br>MAURICE JOHNSON,<br>   a/k/a "BOWLEGS,"<br>TREVYAUGHN HOWARD,<br>KEAONTE WINFORD,<br>MARCUS ROYAL,<br>   a/k/a "STRETCH,"<br>PATRICK FRAZIER,<br>TERRY LYNCH, JR.,<br>   a/k/a "STANK,"<br>DEANDRA BROWN,<br>   a/k/a "D,"<br>SHAQILLE JONES,<br>DOMINIQUE BOSTIC,<br>MICHAEL PASSMORE,<br>TYREE LEE, and<br>WALTER WINGSTER, | INDICTMENT NO. 4:21CR-135<br><br>21 U.S.C. § 846<br>Conspiracy to Possess With<br>Intent to Distribute and to<br>Distribute Controlled Substances<br>(Cocaine Base ("crack"))<br><br>21 U.S.C. § 841(a)(1)<br>Distribution of a Controlled<br>Substance (Cocaine Base<br>("crack"))<br><br>18 U.S.C. § 922(g)(1)<br>Possession of a Firearm by a<br>Prohibited Person |

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Conspiracy to Possess With Intent to Distribute and
to Distribute Controlled Substances (Cocaine Base ("crack"))*
21 U.S.C. § 846

Beginning on a date at least as early as October 1, 2020, up to and including the return date of this indictment, the precise dates being unknown, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendants,

CHARLES AIMEE FIELDS, JR.,

1

a/k/a "SLIM,"
ANTHONY POINTER,
MAURICE JOHNSON,
a/k/a "BOWLEGS,"
TREVYAUGHN HOWARD,
KEAONTE WINFORD,
MARCUS ROYAL,
a/k/a "STRETCH,"
PATRICK FRAZIER,
TERRY LYNCH, JR.,
a/k/a "STANK,"
DEANDRA BROWN,
a/k/a "D,"
SHAQILLE JONES,
DOMINIQUE BOSTIC,
MICHAEL PASSMORE,
TYREE LEE, and
WALTER WINGSTER,

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2.

## COUNTS TWO THROUGH EIGHT
*Distribution of a Controlled Substance (Cocaine Base ("Crack"))*
21 U.S.C. § 841(a)(1)

On or about the dates below, in Chatham County, within the Southern District of Georgia, the defendant,

**CHARLES AIMEE FIELDS, JR.,**
a/k/a "SLIM,"

aided and abetted by others known and unknown, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance:

| COUNT | DATE |
| --- | --- |
| 2 | December 12, 2020 |
| 3 | December 23, 2020 |
| 4 | February 12, 2021 |
| 5 | February 21, 2021 |
| 6 | February 24, 2021 |
| 7 | March 5, 2021 |
| 8 | April 28, 2021 |

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

## COUNTS NINE THROUGH ELEVEN
*Distribution of a Controlled Substance (Cocaine Base ("Crack"))*
21 U.S.C. § 841(a)(1)

On or about the dates below, in Chatham County, within the Southern District of Georgia, the defendant,

**ANTHONY POINTER,**

aided and abetted by others known and unknown, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance:

| COUNT | DATE |
|---|---|
| 9 | March 4, 2021 at approximately 12:45 p.m. |
| 10 | March 4, 2021 at approximately 2:00 p.m. |
| 11 | March 6, 2021 |

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

4

## COUNTS TWELVE THROUGH SIXTEEN
*Distribution of a Controlled Substance (Cocaine Base ("Crack"))*
21 U.S.C. § 841(a)(1)

On or about the dates below, in Chatham County, within the Southern District of Georgia, the defendant,

**MAURICE JOHNSON,**
a/k/a "BOWLEGS,"

aided and abetted by others known and unknown, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance:

| COUNT | DATE |
|---|---|
| 12 | January 7, 2021 |
| 13 | January 8, 2021 |
| 14 | January 21, 2021 |
| 15 | February 20, 2021 |
| 16 | February 26, 2021 |

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

## COUNTS SEVENTEEN THROUGH TWENTY-EIGHT
*Distribution of a Controlled Substance (Cocaine Base ("Crack"))*
21 U.S.C. § 841(a)(1)

On or about the dates below, in Chatham County, within the Southern District of Georgia, the defendant,

## TREVYAUGHN HOWARD,

aided and abetted by others known and unknown, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance:

| COUNT | DATE |
|---|---|
| 17 | October 4, 2020 |
| 18 | December 23, 2020 |
| 19 | January 1, 2021 |
| 20 | January 10, 2021 |
| 21 | February 7, 2021 |
| 22 | February 21, 2021 |
| 23 | February 25, 2021 |
| 24 | March 3, 2021 at approximately 2:00 p.m. |

6

| COUNT | DATE |
|-------|------|
| 25    | March 3, 2021 at approximately 3:00 p.m. |
| 26    | April 16, 2021 |
| 27    | May 21, 2021 |
| 28    | May 29, 2021 |

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

## COUNTS TWENTY-NINE THROUGH THIRTY-THREE
*Distribution of a Controlled Substance (Cocaine Base ("Crack"))*
21 U.S.C. § 841(a)(1)

On or about the dates below, in Chatham County, within the Southern District of Georgia, the defendant,

**KEAONTE WINFORD,**

aided and abetted by others known and unknown, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance:

| COUNT | DATE |
|---|---|
| 29 | October 15, 2020 |
| 30 | December 12, 2020 |
| 31 | December 13, 2020 at approximately 1:00 p.m. |
| 32 | December 13, 2020 at approximately 2:00 p.m. |
| 33 | January 20, 2021 |

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

## COUNTS THIRTY-FOUR THROUGH THIRTY-SEVEN
*Distribution of a Controlled Substance (Cocaine Base ("Crack"))*
21 U.S.C. § 841(a)(1)

On or about the dates below, in Chatham County, within the Southern District of Georgia, the defendant,

**MARCUS ROYAL,**
**a/k/a "STRETCH,"**

aided and abetted by others known and unknown, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance:

| COUNT | DATE |
| --- | --- |
| 34 | December 30, 2020 |
| 35 | February 10, 2021 |
| 36 | February 17, 2021 |
| 37 | March 12, 2021 |

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

9

## COUNTS THIRTY-EIGHT THROUGH FOURTY-THREE
*Distribution of a Controlled Substance (Cocaine Base ("Crack"))*
21 U.S.C. § 841(a)(1)

On or about the dates below, in Chatham County, within the Southern District of Georgia, the defendant,

**PATRICK FRAZIER,**

aided and abetted by others known and unknown, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance:

| COUNT | DATE |
| --- | --- |
| 38 | December 11, 2020 |
| 39 | December 13, 2020 |
| 40 | January 8, 2021 |
| 41 | January 10, 2021 |
| 42 | January 13, 2021 |
| 43 | January 28, 2021 |

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

10

## COUNTS FOURTY-FOUR THROUGH FOURTY-SIX
*Distribution of a Controlled Substance (Cocaine Base ("Crack"))*
21 U.S.C. § 841(a)(1)

On or about the dates below, in Chatham County, within the Southern District of Georgia, the defendant,

**TERRY LYNCH, JR.,**
a/k/a "STANK,"

aided and abetted by others known and unknown, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance:

| COUNT | DATE |
|---|---|
| 44 | November 28, 2020 |
| 45 | December 9, 2020 |
| 46 | December 31, 2020 |

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

## COUNTS FOURTY-SEVEN THROUGH FOURT-NINE
*Distribution of a Controlled Substance (Cocaine Base ("Crack"))*
21 U.S.C. § 841(a)(1)

On or about the dates below, in Chatham County, within the Southern District of Georgia, the defendant,

**DEANDRA BROWN,**
a/k/a "D,"

aided and abetted by others known and unknown, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance:

| COUNT | DATE |
|---|---|
| 47 | October 16, 2020 |
| 48 | February 18, 2021 |
| 49 | March 5, 2021 |

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

12

## **COUNTS FIFTY THROUGH FIFTY-ONE**
*Distribution of a Controlled Substance (Cocaine Base ("Crack"))*
21 U.S.C. § 841(a)(1)

On or about the dates below, in Chatham County, within the Southern District of Georgia, the defendant,

**SHAQILLE JONES,**

aided and abetted by others known and unknown, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance:

| COUNT | DATE |
|---|---|
| 50 | January 15, 2021 |
| 51 | January 20, 2021 |

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

13

## COUNT FIFTY-TWO
*Distribution of a Controlled Substance (Cocaine Base ("Crack"))*
21 U.S.C. § 841(a)(1)

On or about the date below, in Chatham County, within the Southern District of Georgia, the defendant,

### DOMINIQUE BOSTIC,

aided and abetted by others known and unknown, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance:

| COUNT | DATE |
|---|---|
| 52 | February 26, 2021 |

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

## COUNT FIFTY-THREE
*Distribution of a Controlled Substance (Cocaine Base ("Crack"))*
21 U.S.C. § 841(a)(1)

On or about the date below, in Chatham County, within the Southern District of Georgia, the defendant,

### MICHAEL PASSMORE,

aided and abetted by others known and unknown, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance:

| COUNT | DATE |
|---|---|
| 53 | March 6, 2021 |

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

## COUNT FIFTY-FOUR
*Distribution of a Controlled Substance (Cocaine Base ("Crack"))*
21 U.S.C. § 841(a)(1)

On or about the date below, in Chatham County, within the Southern District of Georgia, the defendant,

**TYREE LEE,**

aided and abetted by others known and unknown, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance:

| COUNT | DATE |
|---|---|
| 54 | January 10, 2021 |

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

## COUNT FIFTY-FIVE
*Distribution of a Controlled Substance (Cocaine Base ("Crack"))*
21 U.S.C. § 841(a)(1)

On or about the date below, in Chatham County, within the Southern District of Georgia, the defendant,

**WALTER WINGSTER,**

aided and abetted by others known and unknown, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance:

| COUNT | DATE |
|---|---|
| 55 | May 27, 2021 |

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

## COUNT FIFTY-SIX
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about December 23, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

### CHARLES AIMEE FIELDS, JR.
### a/k/a "SLIM,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Taurus Spectrum .380 caliber handgun, in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Count Fifty-Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Count Fifty-Six of this Indictment, the Defendant, **CHARLES AIMEE FIELDS, JR. a/k/a "SLIM,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Taurus Spectrum, .380 caliber pistol, serial number 1F038730.

*Signatures on following page*

A True Bill.

_____
David H. Estes
Acting United States Attorney

_____
Noah J. Abrams
Assistant United States Attorney
*Lead Counsel

_____
Karl Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Frank M. Pennington, II
Assistant United States Attorney
*Co-lead Counsel